IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| **Jane Doe,** <br><br> Plaintiff, <br> v. <br><br> **Old Dominion University,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil No. 2:17-cv-00015-HCM-DEM <br> ) <br> ) <br> ) <br> ) |

## PROTECTIVE ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM

Upon consideration of Plaintiff's Motion to For Leave to Proceed Under a Pseudonym and finding good cause supporting the same, it is on this 14th day of February 2017 hereby ORDERED that the Motion is GRANTED.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge
United States District Judge
United States District Court for the Eastern
District of Virginia, Norfolk Division

1