# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 2:17-cv-00015 |
| | ) |
| OLD DOMINION UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by undersigned counsel, hereby stipulate to the dismissal with prejudice of this action and all claims against the defendant. The parties have reached a resolution. A proposed Order of Dismissal with Prejudice is attached.

**Respectfully submitted,**
**OLD DOMINION UNIVERSITY**

By \_\_\_\_/s/ Nicholas F. Simopoulos\_\_\_\_\_
Nicholas F. Simopoulos (VSB No. 68664)
General Civil and Trial Unit Manager
Senior Assistant Attorney General
Nerissa N. Rouzer (VSB No. 79002)
Assistant Attorney General
Margeaux S. Serrano (VSB No. 87449)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-8199 Telephone
(804) 371-2087 Facsimile
nsimopoulos@oag.state.va.us
nrouzer@oag.state.va.us
mserrano@oag.state.va.us
*Counsel for Old Dominion University*

1

**JANE DOE (by consent)**

By   /s/
Steven J. Kelly, Esquire
Silverman, Thompson, Slutkin White LLC
201 North Charles Street, 26th Floor
Baltimore, MD 21201
(410) 385-2786 Telephone
(410) 547-2432 Facsimile
SKelly@mdattorney.com
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for the plaintiff.

By   /s/ Nicholas F. Simopoulos
Nicholas F. Simopoulos (VSB No. 68664)
General Civil and Trial Unit Manager
Senior Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-8199
Facsimile: (804) 371-2087
Email: nsimopoulos@oag.state.va.us
*Counsel for Old Dominion University*