IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JANE DOE,

    Plaintiff,

v.      Civil Case No. 2:17-cv-00015

OLD DOMINION UNIVERSITY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and by stipulation of the parties, or by their counsel, it is HEREBY ADJUDGED, ORDERED, and DECREED that this action and all claims herein are DISMISSED WITH PREJUDICE as to the defendant.

ENTER: 2/23/18

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

Senior United States District Court Judge
Henry Coke Morgan, Jr.